IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02421-BNB

CHRIS MYERS,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff Chris Myers, on January 2, 2008, in response to the Court's November 19, 2007, Order filed his complaint on a Prisoner's Civil Rights Complaint form and submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Mr. Myers, however, did not use the Court-approved forms that were sent to him on November 19, 2007. In accordance with the United States District Court for the District of Colorado Local Rules of Practice, Local Rule 8.2 A., Mr. Myers is required to file his Complaint on a Court-approved form used in filing prisoner complaints.

    Plaintiff will be allowed **thirty days from the date of this Order** in which to submit the proper Court-approved forms that comply with D.C.COLO.LCivR 8.2A. The Clerk of the Court again is directed to mail to Mr. Myers two copies of the Court-approved forms used to file a Prisoner Complaint and to submit a request to proceed under § 1915. If Mr. Myers fails to provide his filings on Court-approved forms within the time allowed the action will be dismissed without further notice.

    The Court also denies Mr. Myers' Motion to Supplement (Doc. No. 7) as moot and any request he asserts for appointment of counsel as premature

Dated: January 16, 2008

Copies of this **Minute Order, and two copies of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint** were mailed on January 16, 2008, to the following:

Chris O. Myers
Reg. No. 11921-030
USP - Florence
PO Box 7000
Florence, CO 81226

                                                    Secretary/Deputy Clerk