# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02421-BNB

CHRIS MYERS,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 1 2008

GREGORY C. LANGHAM
CLERK

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

The Court's January 16, 2008, Minute Order is amended only as follows: The Court DENIES Mr. Myers' Motion to Amend (Doc. No. 5), not Plaintiff's Request for Preliminary Injunction and/or Temporary Restraining Order (Doc. No. 7).

Dated: February 1, 2008

Copies of this Minute Order mailed on February 1, 2008, to the following:

Chris O. Myers
Reg. No. 11921-030
USP - Florence
PO Box 7000
Florence, CO 81226

                                      Secretary/Deputy Clerk