IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02421-BNB

CHRIS MYERS, a.k.a. CHRISTOPHER ORVILLE MYERS,[1]

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 04 2008

GREGORY C. LANGHAM
                  CLERK

ORDER OF DISMISSAL

On November 9, 2007, Plaintiff Chris Myers, a federal prisoner, submitted to the Court a *pro se* Letter. At the time Plaintiff initiated the instant action he was incarcerated at the United States Penitentiary in Florence, Colorado. Magistrate Judge Boyd N. Boland, on November 19, 2007, entered an order that construed the Letter as a Prisoner Complaint and ordered the Clerk of the Court to commence a civil action. Magistrate Judge Boland also instructed Plaintiff to cure deficiencies in the Complaint. Specifically, Plaintiff was directed to submit his claims on a Court-approved form used in filing prisoner complaints and to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Copies of both the current Court-approved Prisoner Complaint form and Prisoner's Motion and Affidavit form were sent to Plaintiff along with the November 19, 2007, Order. A Certificate of Mailing that was attached to

---

[1] The Court notes that, although he uses the name Chris Myers in the instant action, Plaintiff is known as Christopher Orville Myers, an abusive litigator, who is subject to filing restrictions under 28 U.S.C. § 1915(g).

the copy of November 19, 2007, Order indicates that the forms were included in the mailing of the Order.

On December 17, 2007, Plaintiff, as opposed to curing the deficiencies noted in the November 19, 2007, Order, submitted an inquiry to the Court indicating that he had received Magistrate Judge Boland's Order but that he was not able to provide the copies that had been requested. Plaintiff does not state in the inquiry that he failed to receive copies of the current Court-approved forms that were sent to him along with the November 19, 2007, Order. Furthermore, the November 19, 2007, Order does not require Plaintiff to submit additional copies of the forms that were sent to him.

Mr. Myers also submitted to the Court, on December 17, 2007, a Motion to Supplement Complaint. In the Motion, he lists twenty-seven tort claims. The tort claims are only identified by the administrative remedy number assigned to the claim and the amount of money damages that Plaintiff requests for each claim. Subsequent to filing the Motion to Supplement, on January 2, 2008, Plaintiff filed a Prisoner's Civil Rights Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Neither the complaint nor the request to proceed pursuant to § 1915 were submitted on current Court-approved forms.

On January 16, 2008, Magistrate Judge Boland entered a Minute Order in which he again directed Plaintiff to cure the deficiencies as noted in the November 19, 2007, Order. Again copies of the proper forms were sent to Plaintiff. The January 16, 2008, Minute Order was returned to the Court on January 24, 2008, marked, "Refused." Subsequent correspondence from the Court was sent to Plaintiff on February 1, 2008. The envelope and the correspondence sent to Plaintiff on February 1, 2008, were

returned to the Court on February 14, 2008. The envelope was marked, "Return to Sender Attempted Not Known Unable to Forward."

Pursuant to Rule 10.1M. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, a party must file a notice of a new address within ten days of any change of address. Nonetheless, Mr. Myers now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 4 day of March , 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02421-BNB

Chris Myers
Reg. No. 11921-030
USP Florence
PO Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/4/08.

GREGORY C. LANGHAM, CLERK

By: _____
         Deputy Clerk